IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States | ) ) ) ) ) |
| v. | ) Crim. Act. No. 05- 75 M |
| Robert Ramseur | ) CR05-42-JJF ) ) ) |

MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court.

Colm F. Connolly
United States Attorney

By: _____
Richard G. Andrews
First Assistant U.S. Attorney

IT IS SO ORDERED this _____ day of _____, 2005, that the above-captioned file is sealed until further order of the Court.

_____
J.