IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Complaint No. 05- 75 M |
| ROBERT RAMSEUR, | : CR05-42-JJF |
| Defendant. | : |

**MOTION AND ORDER FOR ARREST WARRANT**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves that the Court issue a Warrant for the Arrest of Robert Ramseur. This motion is based upon the Criminal Complaint issued against the defendant on April 15, 2005, and filed on April 18, 2005, in the above-referenced case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Dated: April 18, 200         BY: _____
                                Adam Safwat
                                Assistant United States Attorney

\* \* \*

**AND NOW**, to wit, this ___18___ day of <u>April</u>, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that a warrant for the arrest of the defendant be issued.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge