# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| ROBERT RAMSEUR | CASE NUMBER: 05- 75 M |
| | CR05-42-JJF |

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ROBERT RAMSEUR when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense),

knowingly possessing with the intent to distribute mixtures and substances containing heroin, a controlled substance

in violation of Title __21__ United States Code, Section (s) __841(a)(1) and (b)(1)(C).__

| | |
|---|---|
| **Honorable Mary Pat Thynge** <br> Name of Issuing Officer | United States Magistrate Judge <br> District of Delaware <br> Title of Issuing Officer |
| *[signature]* <br> Signature of Issuing Officer | **April 18, 2005**   Wilmington, DE <br> Date and Location |
| **Bail fixed at $** _____ | by _____ <br> Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED <br> 4-18-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST <br> 4-18-05 | William David, DUSM | *[signature]* William Dave |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __ROBERT RAMSEUR__

ALIAS: __BONES__

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____